**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

BULKNOVA, S.A., Civil No. 00-2364 (DWF/RLE)

Plaintiff,

v. **ORDER**

MING JADE INVESTMENTS, S.A.,

Defendant.

This matter is before the Court upon Plaintiff's Ex Parte Motion to Dismiss Without Prejudice (Doc. No. 8). Based upon the Court's review of the record and the Court having reviewed the arguments and submissions of the Plaintiff, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. That the above-entitled action be, and the same hereby is, **DISMISSED, BUT WITHOUT PREJUDICE** to the bringing of another action concerning any of the matters involved herein, without costs.

2. That the garnishment proceedings against Schouten International Incorporated (now known as Schouten USA, Inc.) be released and terminated.

Dated: February 5, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED FEB 06 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK